Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, CHRISTINA BRACE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| CHRISTINA BRACE, | ) Case No.: 10-cv-08287-GW (SHx) |
|---|---|
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| vs. | ) WITH PREJUDICE |
| CREDIT COLLECTION SERVICES, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTINA BRACE and Defendant, CREDIT COLLECTINO SERVICES, hereby stipulate that the entire action resulting from the incidents alleged in the Complaint shall be dismissed with prejudice. Both parties have agreed to bear their own attorney's fees and costs.

Respectfully Submitted,

DATED: 4/25/11

KROHN & MOSS, LTD.

By: _____
Mahadhi Corzano
Attorney for Plaintiff

DATED: 4/25/11                    CARLSON & MESSER, LLP

                                  By: *Robert Berglund*
                                  Robert Berglund
                                  Attorney for Defendant

DATED: 4/25/11

                                  By: *[signature]*
                                  Christina Brace
                                  Plaintiff

- 2 -
STIPULATION OF DISMISSAL